

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDEL ESPINOZA-GONZALEZ,<br><br>　　　　　Defendant. | 2:12-CR-217-JCM-(GWF) |

## FINAL ORDER OF FORFEITURE

On October 4, 2012, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) based upon the plea of guilty by defendant JUDEL ESPINOZA-GONZALEZ to the criminal offenses, forfeiting specific property alleged in the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which defendant JUDEL ESPINOZA-GONZALEZ pled guilty. Criminal Information, ECF No. 64; Plea Memorandum, ECF No. 66; Change of Plea Minutes, ECF No. 68; Amended Preliminary Order of Forfeiture, ECF No. 73.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

. . .

consecutively from August 25, 2012, through September 23, 2012, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 71.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (n)(7) and shall be disposed of according to law:

1. One (1) Norinco SKS Rifle, 7.62 caliber, bearing serial number C1400120;
2. One (1) Mauser .380 caliber semi-automatic handgun, bearing serial number 0128306;
3. One (1) Star 9mm semi-automatic handgun bearing serial number B482864;
4. One (1) Jennings J22 .22 caliber semi-automatic handgun 652541;
5. One (1) Kimber TAC Custom, .45 caliber semi-automatic handgun serial number K203467;
6. One (1) Smith & Wesson .357 magnum revolver serial number 3K8066;
7. One (1) Bryco Jennings 9mm semi-automatic handgun bearing serial number 1577405;
8. One (1) AMT Backup .380 caliber semi-automatic handgun bearing serial number B09150;

. . .

9. One (1) WASR10 semi-automatic rifle 8.62 x 39 caliber bearing serial number A115167;

10. Miscellaneous gun parts;

11. One (1) S&W knife in a black sheath;

12. One (1) Raptor Stun Gun;

13. One (1) Reflex site;

14. One (1) silver gun barrel;

15. One (1) AK 47 Magazine;

16. Four (4) electronic scales;

17. Two (2) bullet proof vests;

18. One (1) black drum magazine;

19. One (1) Camouflage tactical vest with attached handgun holster;

20. One (1) 10 inch knife with a sheath;

21. One (1) Mossberg 500A shotgun, bearing serial number J548671;

22. any and all ammunition; and

23. any and all controlled substances seized in relation to this case ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

3