UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00217-JCM-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JUDEL ESPINOZA-GONZALEZ, | |
| Defendant. | |

Presently before the court is *pro se* defendant Judel Espinoza-Gonzales's motion to amend sentence under Amendment 782 of 18 U.S.C. § 3582(c).  (ECF No. 82).

Pursuant to 18 U.S.C. § 3582, the court may reduce a term of imprisonment where a defendant has been sentenced based on a sentencing range subsequently lowered by the United States Sentencing Commission after considering the factors set forth in 18 U.S.C. § 3553(a).  18 U.S.C. § 3582(c)(2).  Reductions in a term of imprisonment based on an amended guideline range are governed by the policy statement set forth at U.S.S.G. § 1B1.10.

Pursuant to U.S.S.G. § 1B1.10(b)(2), the court generally may not reduce a defendant's term of imprisonment to a period less than the amended guideline range.  U.S.S.G. § 1B1.10(b)(2)(A).  The sole exception to this rule involves cases in which the defendant originally received a below-guideline sentence pursuant to a government motion for substantial assistance.  U.S.S.G. § 1B1.10(b)(2)(B).

On February 19, 2013, the court sentenced defendant to 181 months.  (ECF No. 78).  In the instant motion, defendant requests that the court resentence him to a lower-range sentence, resulting from a one- or two-level reduction pursuant to Amendment 782 and based on the attached

exhibits. (ECF No. 82 at 2).

Defendant, however, fails to provide any argument in support of his motion except that he is "actively participating in a wide array of rehabilitative programs offered by the Bureau [o]f Prisons." (ECF No. 82 at 2). Further, despite his claim to the contrary, defendant did not attach any exhibits to the instant motion. Thus, the court will deny defendant's motion to amend sentence.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to amend sentence under Amendment 782 of 18 U.S.C. § 3582(c) (ECF No. 82)

DATED THIS 18th day of January, 2017.

*James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE