UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff(s),<br><br>v.<br><br>JUDEL ESPINOZA-GONZALEZ,<br><br>                      Defendant(s). | Case No. 2:12-CR-217 JCM (GWF)<br><br>ORDER |

Presently before the court is *United States v. Espinoza-Gonzales*, case no. 2:12-cr-00217-JCM-GWF.  Petitioner Judel Espinoza-Gonzales ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to his sentence.  (ECF No. 85).

Briefing shall proceed as follows: respondent has thirty (30) days from the date of this order to file a response.  Thereafter, petitioner has thirty (30) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 85) no later than thirty (30) days from the date of this order.  Petitioner shall file a reply within thirty (30) days thereafter.

DATED February 15, 2017

                                              /s/ James C. Mahan           
                                              UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**